HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOCALS 302 & 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH & SECURITY FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHAD DUGUID, D/B/A ALASKA EARTHWORKS, <br><br> Defendant. | CASE NO. C18-166RAJ <br><br> ORDER |

This matter comes before the Court on Plaintiffs' motion to compel an audit of Defendant Chad Duguid d/b/a Alaska Earthworks' payroll and other financial records. Dkt. # 8.[1] Mr. Duguid operated or operates a business known as Alaska Earthworks,

---

[1] Plaintiffs' counsel filed both a motion to compel an audit and a separate memorandum in support of this motion. Dkt. ## 8, 9. In doing so, they violated the Court's Local Rules. *See* Local Rules W.D. Wash. CR 7(b)(1) ("The argument in support of the motion shall not be made in a separate document but shall be submitted as part of the motion itself."). The Court has, on multiple occasions, admonished counsel for this practice. *See*, *e.g.*, Case No. 11-1849-RAJ, (Dkt. # 11), Feb. 6. 2012 order; Case No. 12-0799-RAJ, (Dkt # 11), Oct. 29, 2012 order. Counsel

ORDER – 1

LLC. That business used union labor subject to Plaintiffs' trust agreements. Plaintiffs sued to compel an audit of Defendant's records to determine if there were unpaid contributions to the trusts. Dkt. # 1.

Defendant did not answer Plaintiffs' complaint, did not otherwise defend against the complaint, and did not enter an appearance. The clerk entered default against Defendant on April 2, 2018. Dkt. # 7.

Plaintiffs now ask the court to order an audit of specified payroll and financial records. Each of the trust agreements in question gives Plaintiffs the right to conduct such audits. For trusts subject to the Employee Retirement Income Security Act ("ERISA"), the law permits courts to enforce such audit requirements. *See, e.g.*, *Cent. States, Se. & Sw. Areas Pension Fund v. Cent. Transp., Inc.*, 472 U.S. 559, 564, 574 (1985); *Int'l Union of Operating Engineers-Employers Const. Indus. Pension, Welfare, & Training Trust Funds v. Karr*, 994 F.2d 1426, 1429 (9th Cir. 1993).

Accordingly, the Court **GRANTS** Plaintiffs' motion to compel an audit. The court orders Chad Duguid, d/b/a Alaska Earthworks to, within 15 days of the receipt of this order, produce the following records, descriptions of which are taken essentially verbatim from Plaintiff's motion:

1. Payroll summaries broken down monthly, unfiltered and including all employees;

2. State Quarterly Insurance Reports, complete with employee list for second, third, and fourth quarter 2016 and first quarter 2017;

3. Employee list with job titles for all employees that worked for the company during the period April 1, 2016 through March 31, 2017.

---

also promised to cease this practice, but has seemingly forgotten his promise. Case No. 12-0799-RAJ, (Dkt. # 12), Oct. 30, 2012 letter. The Court warns counsel that **any** further violations of this Court's rules in this or future cases before this Court will result in sanctions, including but not limited to terminating any motion that does not comply with the local rules.

ORDER – 2

Plaintiffs shall serve this order on Defendant and provide proof of his receipt of the order. Along with the order, Plaintiffs shall include a cover letter or other memorandum specifying to whom Defendant shall produce the requested records.

Dated this 3rd day of July, 2018.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER – 3